United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 17-01183-HWV

Ian P. Neail                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                               Page 1 of 3

Date Rcvd: Apr 16, 2021                        Form ID: 3180W                            Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian P. Neail, 1902 Chatham Drive, Camp Hill, PA 17011-5916 |
| 4900642 | | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 4900643 | + | Belco Community Credit Union, 111 S. Front Street, Harrisburg, PA 17101-2010 |
| 4900647 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 4900648 | + | Elizabeth L. Neail, 1902 Chatham Drive, Camp Hill, PA 17011-5916 |
| 4900650 | + | New Highland Apartments, 1149 Columbus Avenue, Lemoyne, PA 17043-1719 |
| 4936900 | + | New Highland Park Associates, 308 East Lancaster Ave, STE 235, Wynnewood, PA 19096-2147 |
| 4900652 | | OneMain, Gateway Square, 25 Gateway Drive, Suite A-107, Mechanicsburg, PA 17050-2930 |
| 4909588 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 4900655 | + | PennyMac Loan Services LLC, 3043 Townsgate Rd., Ste. 200, Westlake Village, CA 91361-3027 |
| 4900656 | | Pinnacle Health Hospitals, P.O. Box 927830, San Diego, CA 92192-7830 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AGFINANCE.COM | Apr 16 2021 22:48:00 | Onemain, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 4929529 | | Email/Text: rmcollections@belco.org | Apr 16 2021 18:59:00 | Belco Community Credit Union, 449 Eisenhower Blvd, Harrisburg, PA 17111 |
| 4900645 | + | EDI: CITICORP.COM | Apr 16 2021 22:48:00 | Best Buy Credit Card, Attn: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213-3410 |
| 4900646 | | EDI: CITICORP.COM | Apr 16 2021 22:48:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4949763 | + | EDI: WFNNB.COM | Apr 16 2021 22:48:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 5021325 | | EDI: ECMC.COM | Apr 16 2021 22:48:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 5021326 | | EDI: ECMC.COM | Apr 16 2021 22:48:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, PO Box 16408, St. Paul, MN 55116-0408 |
| 4900649 | | EDI: IRS.COM | Apr 16 2021 22:48:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 4908118 | | EDI: AGFINANCE.COM | Apr 16 2021 22:48:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4900651 | | EDI: AGFINANCE.COM | Apr 16 2021 22:48:00 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 4949137 | | EDI: PRA.COM | Apr 16 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, |

|  |  |  | Norfolk VA 23541 |
|---|---|---|---|
| 4900657 | Email/Text: bankruptcynotices@psecu.com | Apr 16 2021 18:59:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 4900653 | + EDI: RMSC.COM | Apr 16 2021 22:48:00 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 4900654 | EDI: PENNDEPTREV | Apr 16 2021 22:48:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4900654 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2021 18:59:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4900658 | EDI: RMSC.COM | Apr 16 2021 22:48:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 4900659 | EDI: RMSC.COM | Apr 16 2021 22:48:00 | SYNCB/Sleepys, P.O. Box 965036, Orlando, FL 32896-5036 |
| 5161911 | + Email/Text: bncmail@w-legal.com | Apr 16 2021 18:59:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5161910 | + Email/Text: bncmail@w-legal.com | Apr 16 2021 18:59:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4900660 | EDI: RMSC.COM | Apr 16 2021 22:48:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 4911460 | EDI: WFFC.COM | Apr 16 2021 22:48:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 4900661 | EDI: WFFC.COM | Apr 16 2021 22:48:00 | Wells Fargo Dealer Services, Insurance Service Center, P.O. Box 29296, Phoenix, AZ 85038-9296 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | New Highland Park Associates, 308 East Lancaster Ave, Suite 235, Wynnewood, PA 19096-2147 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4900644 | *+ | Belco Community Credit Union, 111 S. Front Street, Harrisburg, PA 17101-2010 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021                 Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Charles J DeHart, III (Trustee)

TWecf@pamd13trustee.com

Joseph P Schalk

on behalf of Creditor New Highland Park Associates joseph.schalk@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Rebecca Ann Solarz

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

Tracy Lynn Updike

on behalf of Debtor 1 Ian P. Neail tlupdike@mette.com  cgfraker@mette.com;ddwhistler@mette.com;jrporter@mette.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | Ian P. Neail | Social Security number or ITIN   xxx–xx–7890 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:17–bk–01183–HWV

## Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ian P. Neail
fka Jessy Lee Miller

**By the court:**

4/16/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**